IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DAWN LAMBERT,

        Plaintiff,

v.

STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY,

        Defendant.

CIVIL ACTION
NO. 19-0816

## **ORDER**

**AND NOW**, this 16th day of October 2019, upon consideration of Plaintiff's Motion to Remand (Doc. No. 3) and Defendant's Opposition to Plaintiff's Motion to Remand (Doc. No. 4), it is **ORDERED** that Plaintiffs' Motion to Remand (Doc. No. 9) is **GRANTED** and the Clerk of Court is directed to remand this case to the Court of Common Pleas of Philadelphia County.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J